**Dismissed; Opinion issued September 19, 2012.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00891-CV

## IN THE INTEREST OF I.M.S., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-19969**

## MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy

The Court has before it appellant's August 21, 2012 unopposed motion to dismiss appeal.

We **GRANT** the motion and **DISMISS** the appeal.  *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

120891F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF I.M.S., A CHILD

No. 05-12-00891-CV

Appeal from the 330th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
05-19969).
Opinion delivered per curiam before Justices
Morris, Francis, and Murphy.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is ordered
to recover his costs of appeal from appellant, unless the parties have agreed otherwise.

Judgment entered September 19, 2012.

_____
MARY MURPHY
JUSTICE